# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-1035
LT Case No. 16-2023-CP-2578

_____

VALERIE LEIGH JONES, both
Individually and in her Capacity
as Agent and Attorney-in-Fact
for Robert Wayne Cantrell, II,

    Appellant,

    v.

LAUREN CANTRELL,

    Appellee.

_____

On appeal from the Circuit Court for Duval County.
Thomas More Beverly, Judge.

Christopher W. Dempsey, of Dempsey Law, PLLC, Jacksonville,
for Appellant.

Ryan Williams and Christopher Knox, of T. Ryan Williams Law
Group, Ponte Vedra, for Appellee.

March 19, 2026

PER CURIAM.

    AFFIRMED.

LAMBERT, EISNAUGLE, and KILBANE, JJ., concur.

---

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

---